

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00155-CR

| | | |
|---|---|---|
| Pedro Silva | § | From the 371st District Court |
| | § | of Tarrant County (1486502R) |
| v. | § | June 14, 2018 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM